# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2913__ & TITLE - IN RE: __JUUL LABS, INC. MKTG, SALES PRACTICE__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached Schedule of Action
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Altria Group, Inc.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ John C. Massaro                           Arnold & Porter LLP
_____              _____
      Signature of Attorney                         Name of Firm

601 Massachusetts Ave., NW                    Washington, DC 20001
_____              _____
            Address                                City/State/Zip Code

Date  August 14, 2019

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

_____
                                        )
IN RE: JUUL LABS, INC.                  )
MARKETING, SALES PRACTICES,             )   MDL DOCKET NO. 2913
AND PRODUCTS LIABILITY                  )
LITIGATION                              )
                                        )
_____

## SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff(s):**<br>John Thomas Via Peavy<br>**Defendants:**<br>JUUL Labs, Inc., Altria Group, Inc., Phillip Morris USA Inc. | U.S.D.C. Northern District of California (Northern) | 4:19-cv-04424-DMR | Judge Donna M. Ryu |
| 2 | **Plaintiff(s):**<br>Hallie Helms<br>**Defendants:**<br>Juul Labs Inc., Altria Group, Inc., Philip Morris USA, Inc., Home Oil Company, Inc., The Hobo Pantry Foodstore #19, Circle K Stores, Inc, and Its Manager, Christa Dennard | U.S.D.C. Middle District of Alabama (Montgomery) | 2:19-cv-527 | Judge Wallace Capel, Jr. |
| 3 | **Plaintiff(s):**<br>Erin NesSmith and Jared NesSmith, individually, and as guardians of their minor child, A.N.<br>**Defendants:**<br>Altria Group, Inc., Philip Morris USA, Inc., JUUL Labs, Inc. | U.S.D.C. Middle District of Florida (Tampa) | 8:19-cv-00884 | Judge Mary S. Scriven<br><br>Magistrate Judge Amanda Arnold Sansone |

| 4 | **Plaintiff(s):** Craig Shapiro and Julie Shapiro individually, and as guardians of their minor child, B.S. **Defendants:** JUUL Labs, Inc., Altria Group, Inc., Philip Morris USA Inc., My Vapor Hut *doing business as* 1st Wave Vapor, Edgar F. Di Puglia | U.S.D.C. Southern District of Florida (Ft. Lauderdale) | 0:19-cv-61548 | Judge Darrin P. Gayles |

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

_____
                                                            )
IN RE:  JUUL LABS, INC.                 )
MARKETING, SALES PRACTICES,    )    MDL DOCKET NO. 2913
AND PRODUCTS LIABILITY            )
LITIGATION                                        )
                                                            )
_____

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Amended Corporate Disclosure Statement were served on all parties electronically via ECF on August 14, 2019.

Dated:  August 14, 2019                            Respectfully submitted,

                                                                 /s/  John C. Massaro

                                                           John C. Massaro, Esq.
                                                           **ARNOLD & PORTER LLP**
                                                           601 Massachusetts Ave, NW
                                                           Washington, DC 20001-3743
                                                           Telephone:  202-942-5000
                                                           Facsimile:  202-942-5999
                                                           *john.massaro@arnoldporter.com*

                                                           Attorney for Altria Group, Inc.